# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSPPI
# OXFORD DIVISION

**ROBERT H. MCQUAGE, JR.**                                            **PLAINTIFF**

**V.**                                            **CAUSE NO. 3:20CV184-MPM-JMV**

**MURPHY OIL USA, INC.,**
**A DELAWARE CORPORATION**                                **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiff filed a motion to remand [6] on July 22, 2020. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B) are, hereby, **STAYED** pending a decision on the motion to remand.

**THIS**, the 28th day of July, 2020.

                                                      /s/ Jane M. Virden
                                                      U.S. Magistrate Judge